NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED,**
*Appellant*

**v.**

**INTERNATIONAL SECURITIES EXCHANGE, LLC,**
*Appellee*

---

2015-1728, 2015-1729, 2015-1730

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. CBM2013-00049, CBM2013-00050, CBM2013-00051.

---

## JUDGMENT

---

STEVEN M. LIEBERMAN, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC, argued for appellant. Also represented by JOSEPH A. HYNDS, BRIAN ANDREW TOLLEFSON.

MICHAEL MARTIN MURRAY, Winston & Strawn LLP, New York, NY, argued for appellee. Also represented by MICHAEL JOHN SCHEER, Los Angeles, CA; GEOFFREY P. EATON, Washington, DC.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (O'MALLEY, MAYER, and REYNA, *Circuit Judges*).

### AFFIRMED.  *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| | |
|---|---|
| March 25, 2016 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |